UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

**In The Matter Of:**  **In Bankruptcy:**

OAKLAND SPECIALTIES, LLC  Case No. 13-58369-MLO
Chapter 7
Debtor(s).  /  Hon. Maria L. Oxholm

## CERTIFICATE OF DISTRIBUTION

Frederick J. Dery, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $108,022.94 and disbursed $100,924.63, leaving a balance on hand of $7,098.31, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Frederick J. Dery Fee P/O 10/26/17 | $8,403.80 | 12.17 | $1,022.80 |
| U.S. Bankruptcy Court | $350.00 | 100.00 | $350.00 |
|  |  | **Subtotal:** | **$1,372.80** |

| Secured Claims | | Amount Allowed | % Paid | Interest Paid | Amount Paid |
|---|---|---|---|---|---|
| 10 | Macomb County Treasurer | $5,505.65 | 100.00 | $1.00 | $5,506.65 |
|  |  |  |  | **Subtotal:** | **$5,506.65** |

| Priority Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|

| 8 | Michigan Department of Treasury | $56,289.28 | 0.39 | $219.86 |
| | | | **Subtotal:** | **$219.86** |
| | | | **Total:** | **$7,099.31** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: October 26, 2017 /s/ FREDERICK J. DERY]
Frederick J. Dery, Chapter 7 Trustee
803 W. Big Beaver
Suite 353
Troy, MI 48084
Phone: (248) 362-3676
E-mail: fdery@fredjdery.com