**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re: § Case No. 13-58369-MLO
§
OAKLAND SPECIALTIES, LLC §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frederick J. Dery, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $42,838.86 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $60,237.08 | | |

3) Total gross receipts of $108,022.94 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,947.00 (see **Exhibit 2**), yielded net receipts of $103,075.94 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $5,505.65 | $5,505.65 | $5,505.65 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $60,237.08 | $60,237.08 | $60,237.08 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $50,000.00 | $56,289.28 | $56,289.28 | $37,333.21 |
| General Unsecured Claims (from **Exhibit 7**) | $220,200.00 | $255,920.16 | $246,128.75 | $0.00 |
| **Total Disbursements** | $270,200.00 | $377,952.17 | $368,160.76 | $103,075.94 |

4). This case was originally filed under chapter 7 on 10/03/2013. The case was pending for 53 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2018     By:  /s/ Frederick J. Dery
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivables - amount is an estimate- actual amount received in the future could be less. All future funds of th | 1121-000 | $33,124.75 |
| Approx. 8 used and old welding machines (20 to 30years old) 2 bans saws, auto torch machine (40 years old), fork lift (p | 1129-000 | $50,014.19 |
| Left over steel bars, sheets etc. scrap | 1129-000 | $2,000.00 |
| Office Equipment, furniture, three older computers, printers, etc. | 1129-000 | $1,284.00 |
| Flatbed truck | 1229-000 | $2,000.00 |
| Two hi-lows | 1229-000 | $4,600.00 |
| Preference/Fraudulent transfer With James and Laura Harper | 1241-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | $108,022.94 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Syndevco | Funds to Third Parties | 8500-002 | $4,947.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,947.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Macomb County Treasurer | 4110-000 | $0.00 | $5,505.65 | $5,505.65 | $5,505.65 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $5,505.65 | $5,505.65 | $5,505.65 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frederick J. Dery, Trustee | 2100-000 | NA | $8,403.80 | $8,403.80 | $8,403.80 |
| Insuarance Partners Agency, Inc. | 2300-000 | NA | $79.70 | $79.70 | $79.70 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $59.39 | $59.39 | $59.39 |
| Bank of Texas | 2600-000 | NA | $2,590.49 | $2,590.49 | $2,590.49 |

| | | | | | |
|---|---|---|---|---|---|
| U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Attorney Fees, Attorney for Trustee | 3210-000 | NA | $6,937.48 | $6,937.48 | $6,937.48 |
| STEVENSON & BULLOCK, P.L.C., Attorney for Trustee | 3210-000 | NA | $19,530.00 | $19,530.00 | $19,530.00 |
| Attorney Expenses, Attorney for Trustee | 3220-000 | NA | $1,478.71 | $1,478.71 | $1,478.71 |
| STEVENSON & BULLOCK, P.L.C., Attorney for Trustee | 3220-000 | NA | $156.45 | $156.45 | $156.45 |
| Accountant Fees, Accountant for Trustee | 3310-000 | NA | $760.50 | $760.50 | $760.50 |
| Accountant Expenses, Accountant for Trustee | 3320-000 | NA | $22.90 | $22.90 | $22.90 |
| Richard J. Montgomery and RJ Montgomery & Associates, Inc., Auctioneer for Trustee | 3610-000 | NA | $6,417.66 | $6,417.66 | $6,417.66 |
| Richard J. Montgomery and RJ Montgomery & Associates, Inc, Auctioneer for Trustee | 3620-000 | NA | $13,450.00 | $13,450.00 | $13,450.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $60,237.08 | $60,237.08 | $60,237.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Michigan Department of Treasury | 5800-000 | $0.00 | $56,289.28 | $56,289.28 | $37,333.21 |
| | Internal Revenue Service | 5800-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $50,000.00 | $56,289.28 | $56,289.28 | $37,333.21 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Contractors Steel | 7100-000 | $25,000.00 | $30,809.04 | $30,809.04 | $0.00 |

|  |  | Company |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 2 |  | Macomb Steel | 7100-000 | $75,000.00 | $116,778.72 | $116,778.72 | $0.00 |
| 3 |  | Pioneer Steel Corporation | 7100-000 | $25,000.00 | $36,908.25 | $36,908.25 | $0.00 |
| 4 |  | Scion Steel | 7100-000 | $10,000.00 | $9,839.21 | $9,839.21 | $0.00 |
| 5 |  | Nor-Cote, Inc. | 7100-000 | $0.00 | $9,437.80 | $9,437.80 | $0.00 |
| 6 |  | Nor-Cote, Inc. | 7100-000 | $9,700.00 | $9,791.41 | $0.00 | $0.00 |
| 7 |  | KLP II, LLC | 7100-000 | $4,500.00 | $33,561.88 | $33,561.88 | $0.00 |
| 8a |  | Michigan Department of Treasury | 7100-000 | $16,000.00 | $8,634.59 | $8,634.59 | $0.00 |
| 9 |  | McMaster-Carr | 7100-000 | $0.00 | $159.26 | $159.26 | $0.00 |
|  |  | Clinton Aluminum | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
|  |  | Dte Energy | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
|  |  | L & S Machining | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
|  |  | Mac Steel | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
|  |  | Pace Machine | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
|  |  | Production Tool | 7100-000 | $5,500.00 | $0.00 | $0.00 | $0.00 |
|  |  | Weiz Tool | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  |  | $220,200.00 | $255,920.16 | $246,128.75 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 13-58369-MLO | Trustee Name: | Frederick J. Dery |
|---|---|---|---|
| Case Name: | OAKLAND SPECIALTIES, LLC | Date Filed (f) or Converted (c): | 10/03/2013 (f) |
| For the Period Ending: | 3/29/2018 | §341(a) Meeting Date: | 11/07/2013 |
| | | Claims Bar Date: | 01/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Chase Bank Business Checking XXXX675 (small savings Minimum reg.) values is approx. | $4,000.00 | $0.00 | | $0.00 | FA |
| 2 | Debtor is a business, see other sections for various asset groups. It does not own stock or have any other business interests. | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Accounts Receivables - amount is an estimate- actual amount received in the future could be less. All future funds of the debtor will be deposited in debtor's Chase checking accountnoted above. | $45,000.00 | $45,000.00 | | $33,124.75 | FA |
| 4 | Office Equipment, furniture, three older computers, printers, etc. | $500.00 | $1,000.00 | | $1,284.00 | FA |
| 5 | Approx. 8 used and old welding machines (20 to 30years old) 2 bans saws, auto torch machine (40 years old), fork lift (propane) bought used 4 years ago for $2500, small bridgeport 30 plus years old (paid approx. $2500 used), metal tables, misc. small tools, supplies etc. | $7,500.00 | $50,000.00 | | $50,014.19 | FA |
| 6 | Left over steel bars, sheets etc. scrap | $2,000.00 | $2,000.00 | | $2,000.00 | FA |
| 7 | Two hi-lows (u) | $0.00 | $4,600.00 | | $4,600.00 | FA |
| 8 | Flatbed truck (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| 9 | Preference/Fraudulent transfer With James and Laura Harper (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$59,000.00     $119,600.00     $108,022.94     $0.00

**Major Activities affecting case closing:**
08/31/2017     TRUSTEE WILL BE SUBMITTING HIS FINAL REPORT

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 13-58369-MLO | Trustee Name: | Frederick J. Dery |
|---|---|---|---|
| Case Name: | OAKLAND SPECIALTIES, LLC | Date Filed (f) or Converted (c): | 10/03/2013 (f) |
| For the Period Ending: | 3/29/2018 | §341(a) Meeting Date: | 11/07/2013 |
| | | Claims Bar Date: | 01/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

03/24/2017  MICHIGAN DEPARTMENT OF TREASURY WAS OVERPAID ON ITS CLAIM THROUGH AN INTERIM DISTRIBUTION, DOCKET NUMBER 93 AND THE TRUSTEE IS IN THE PROCESS OF RECOVERING THE OVERPAYMENT FROM THIS CREDITOR WHO HAS AGREED TO REFUND THE OVERPAYMENT. ONCE RECEIVED THE TRUSTEE WILLL REDISTRIBUTET THE CORRECT AMOUNT TO THE MACOMB COUNTY TREASURER. AT THAT POINT THE TRUSTEE WILL PROCEED WITH FILING HIS FINAL REPORT.

01/18/2017  TRUSTEE WILL BE SUBMITTING HIS FINAL REPORT

09/28/2016  THE ESTATE IS OWED $1,875.00 FROM JAMES AND LAURA HARPER. THEY ARE MAKING MONTHLY PAYMENTS OF $625.00. PAYMENTS ARE CURRENT.

03/30/2016  the estate is owed $5,625.00. James and Laura Harper are making monthly payments of $625.00 and the payments are current.

09/25/2015  As of 9/25/15, the estate is owed $10,625.00. James and Laura Harper are making monthly payments of $625.00 and the payments are current.

03/30/2015  THE TRUSTEE IS COLLECTING A FRAUDULENT TRANSFER SETTTLEMENT IN THE AMOUNT OF 15,000.00. THE PAYMENTS ARE CURRENT

09/30/2014  TRUSTEE IS COLLECTING RECEIVABLES

Initial Projected Date Of Final Report (TFR): 12/31/2015
Current Projected Date Of Final Report (TFR): 10/10/2017

/s/ FREDERICK J. DERY
FREDERICK J. DERY

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-58369-MLO | | | Trustee Name: | Frederick J. Dery |
|---|---|---|---|---|---|
| Case Name: | OAKLAND SPECIALTIES, LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6538 | | | Checking Acct #: | ******1157 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Oakland Specialties LLC |
| For Period Beginning: | 10/3/2013 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/29/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2013 | (3) | Dominion Technologies Inc. | Collection of Receivables | 1121-000 | $190.00 | | $190.00 |
| 11/01/2013 | (3) | Dominion Technologies Group Inc. | Collection of Receivables | 1121-000 | $391.05 | | $581.05 |
| 11/01/2013 | (3) | Fori Automation | Collection of Receivables | 1121-000 | $17,300.00 | | $17,881.05 |
| 11/01/2013 | (3) | Chase | Collection of Receivables | 1121-000 | $1,524.70 | | $19,405.75 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.11 | $19,379.64 |
| 12/02/2013 | (3) | Crown Boring Industries, LLC | Collection of Receivables P/O 1/10/14 | 1121-000 | $800.00 | | $20,179.64 |
| 12/13/2013 | | R J Montgomery Associates, Inc | Sale of Equipment P/O 11/20/13 | * | $59,114.18 | | $79,293.82 |
| | {7} | | Two Hi-Los $4,600.00 | 1229-000 | | | $79,293.82 |
| | {8} | | FlatBed Truck $2,000.00 | 1229-000 | | | $79,293.82 |
| | {4} | | Office Equipment $500.00 | 1129-000 | | | $79,293.82 |
| | {5} | | Machinery & Supplies $50,014.18 | 1129-000 | | | $79,293.82 |
| | {6} | | Inventory $2,000.00 | 1129-000 | | | $79,293.82 |
| 12/16/2013 | (4) | R J Montgomery Associates, Inc | Sale of Equipment P/O 11/12/13 | 1129-000 | $784.00 | | $80,077.82 |
| 12/30/2013 | (5) | R J Montgomery & Associates | Correction of Deposit Made on 12/13/13 to Reflect 1 Cent Error | 1129-000 | $0.01 | | $80,077.83 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.53 | $80,002.30 |
| 01/13/2014 | 5001 | Richard J. Montgomery and RJ Montgomery & | Auctioneer for Trustee Buyer's Premium P/O 1/10/14 | 3610-000 | | $6,417.66 | $73,584.64 |
| 01/13/2014 | 5002 | Richard J. Montgomery and RJ Montgomery & | Auctioneer For Trustee Expenses P/O 1/10/14 | 3620-000 | | $13,450.00 | $60,134.64 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $113.58 | $60,021.06 |
| 02/26/2014 | 5003 | STEVENSON & BULLOCK, P.L.C. | Attorney For Trustee Fees P/O 2/25/14 | 3210-000 | | $19,530.00 | $40,491.06 |
| 02/26/2014 | 5004 | STEVENSON & BULLOCK, P.L.C. | Attorney For Trustee Expenses P/O 2/25/14 | 3220-000 | | $156.45 | $40,334.61 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $85.44 | $40,249.17 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.96 | $40,184.21 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.75 | $40,121.46 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.74 | $40,056.72 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.55 | $39,994.17 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.53 | $39,929.64 |
| 08/26/2014 | (3) | Staples Manufacturing | Collections of Receivables | 1121-000 | $6,227.00 | | $46,156.64 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.73 | $46,090.91 |
| 09/11/2014 | (3) | MJC Tools & Machine Co. | Collection of Receivables P/O 10/3/14 | 1121-000 | $1,745.00 | | $47,835.91 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $73.69 | $47,762.22 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $77.07 | $47,685.15 |
| | | | | SUBTOTALS | $88,075.94 | $40,390.79 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 13-58369-MLO | | | **Trustee Name:** | | Frederick J. Dery |
| **Case Name:** | OAKLAND SPECIALTIES, LLC | | | **Bank Name:** | | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***6538 | | | **Checking Acct #:** | | ******1157 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | Oakland Specialties LLC |
| **For Period Beginning:** | 10/3/2013 | | | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | 3/29/2018 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $74.46 | $47,610.69 |
| 12/15/2014 | 5005 | Insuarance Partners Agency, Inc. | Bond Premium Payment Invoice # 63623 | 2300-000 | | $79.70 | $47,530.99 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $76.78 | $47,454.21 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $76.57 | $47,377.64 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $69.05 | $47,308.59 |
| 03/18/2015 | (9) | Clarkston Brandon Community Credit Union | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $47,933.59 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $76.62 | $47,856.97 |
| 04/16/2015 | (9) | Clarkston Brandon Community Credit Union | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $48,481.97 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.09 | $48,406.88 |
| 05/07/2015 | (9) | Clarkston Brandon Community Credit Union | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $49,031.88 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.79 | $48,953.09 |
| 06/01/2015 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $49,578.09 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $77.35 | $49,500.74 |
| 07/15/2015 | (9) | Clarkston Brandon Community Credit Union | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $50,125.74 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $80.36 | $50,045.38 |
| 08/10/2015 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $50,670.38 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $81.40 | $50,588.98 |
| 09/11/2015 | 5006 | Fred J. Dery & Associates, P.C. | Accountant For Trustee Fees & Expenses P/O 9/10/15 | * | | $783.40 | $49,805.58 |
| | | | Accountant Fees $(760.50) | 3310-000 | | | $49,805.58 |
| | | | Accountant Expenses $(22.90) | 3320-000 | | | $49,805.58 |
| 09/17/2015 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $50,430.58 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.63 | $50,351.95 |
| 10/21/2015 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $50,976.95 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $81.54 | $50,895.41 |
| 11/16/2015 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $51,520.41 |
| 11/25/2015 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $52,145.41 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $79.93 | $52,065.48 |
| 12/22/2015 | (9) | Laura K. Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $52,690.48 |
| | | | | SUBTOTALS | $6,875.00 | $1,869.67 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-58369-MLO | | Trustee Name: | Frederick J. Dery |
|---|---|---|---|---|
| Case Name: | OAKLAND SPECIALTIES, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6538 | | Checking Acct #: | ******1157 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Oakland Specialties LLC |
| For Period Beginning: | 10/3/2013 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/29/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/22/2015 | 5007 | Insurance Partners Agency, Inc. | Bond Premium Payment Invoice # 221959 | 2300-000 | | $59.39 | $52,631.09 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $84.27 | $52,546.82 |
| 01/14/2016 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $53,171.82 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $84.99 | $53,086.83 |
| 02/18/2016 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $53,711.83 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $80.17 | $53,631.66 |
| 03/29/2016 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $54,256.66 |
| 03/29/2016 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $54,881.66 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $86.37 | $54,795.29 |
| 04/18/2016 | (3) | Syndevco | Accounts Receivable From Syndevco | 1121-002 | $4,947.00 | | $59,742.29 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $88.16 | $59,654.13 |
| 05/03/2016 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $60,279.13 |
| 05/13/2016 | 5008 | Syndevco | Return of Funds Paid in Error to the Estate | 8500-002 | | $4,947.00 | $55,332.13 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $94.56 | $55,237.57 |
| 06/03/2016 | (9) | Laura K. Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $55,862.57 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $86.80 | $55,775.77 |
| 07/12/2016 | (9) | Laura K. Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $56,400.77 |
| 07/12/2016 | 5009 | Stevenson & Bullock | Attorney For Trustee Fees & Expenses P/O 7/12/16 | * | | $8,416.19 | $47,984.58 |
| | | | Attorney Fees $(6,937.48) | 3210-000 | | | $47,984.58 |
| | | | Attorney Expenses $(1,478.71) | 3220-000 | | | $47,984.58 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $82.47 | $47,902.11 |
| 08/04/2016 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $48,527.11 |
| 08/12/2016 | 5010 | Michigan Department of Treasury | Interim Distribution of Claim #8 P/O 8/11/16 | 5800-000 | | $42,619.00 | $5,908.11 |
| 08/12/2016 | 5011 | Frederick J. Dery | Trustee Interim Distribution P/O 8/11/16 | 2100-000 | | $5,408.11 | $500.00 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.11 | $457.89 |
| 09/16/2016 | (9) | Laura K. Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $1,082.89 |
| 10/17/2016 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $1,707.89 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.16 | $1,705.73 |

SUBTOTALS $11,197.00 $62,181.75

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| Case No. | 13-58369-MLO | | Trustee Name: | Frederick J. Dery |
| Case Name: | OAKLAND SPECIALTIES, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6538 | | Checking Acct #: | ******1157 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Oakland Specialties LLC |
| For Period Beginning: | 10/3/2013 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/29/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/18/2016 | (9) | Laura K. Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $2,330.73 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.94 | $2,327.79 |
| 12/06/2016 | (9) | James & Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $2,952.79 |
| 12/13/2016 | 5012 | Frederick J. Dery | Remainder of Trustee Interim Distribution P/O 8/11/16 | 2100-000 | | $1,972.89 | $979.90 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.78 | $977.12 |
| 01/11/2017 | (9) | Laura Harper | Payment Of Fraudulent Transfer P/O 3/20/15 | 1241-000 | $625.00 | | $1,602.12 |
| 08/04/2017 | | State of Michigan | Refund From The State of Michigan Due to an Overpayment of an Interim Distribution | 5800-000 | | ($5,505.65) | $7,107.77 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $9.46 | $7,098.31 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.08 | $7,087.23 |
| 10/02/2017 | | Bank of Texas | Reverse bank fee | 2600-000 | | ($11.08) | $7,098.31 |
| 10/26/2017 | 5013 | Frederick J. Dery | Trustee Compensation P/O 10/26/17 | 2100-000 | | $1,022.80 | $6,075.51 |
| 10/26/2017 | 5014 | U.S. Bankruptcy Court | Account Number: ; Claim #: ; Notes: ; | 2700-000 | | $350.00 | $5,725.51 |
| 10/26/2017 | 5015 | Michigan Department of Treasury | Account Number: ; Claim #: 8; Notes: (8-1) Priority &#036;56,289.28 & unsecured &#036;8634.59; | 5800-000 | | $219.86 | $5,505.65 |
| 10/26/2017 | 5016 | Macomb County Treasurer | Account Number: ; Claim #: 10; Notes: (10-1) delinquent personal property taxes; | 4110-000 | | $5,505.65 | $0.00 |
| 10/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.31 | ($11.31) |
| 11/01/2017 | | Bank of Texas | Reverse bank fee | 2600-000 | | ($11.31) | $0.00 |
| | | | TOTALS: | | $108,022.94 | $108,022.94 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $108,022.94 | $108,022.94 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $108,022.94 | $108,022.94 | |

| For the period of 10/3/2013 to 3/29/2018 | | For the entire history of the account between 11/01/2013 to 3/29/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $103,075.94 | Total Compensable Receipts: | $103,075.94 |
| Total Non-Compensable Receipts: | $4,947.00 | Total Non-Compensable Receipts: | $4,947.00 |
| Total Comp/Non Comp Receipts: | $108,022.94 | Total Comp/Non Comp Receipts: | $108,022.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $103,075.94 | Total Compensable Disbursements: | $103,075.94 |
| Total Non-Compensable Disbursements: | $4,947.00 | Total Non-Compensable Disbursements: | $4,947.00 |
| Total Comp/Non Comp Disbursements: | $108,022.94 | Total Comp/Non Comp Disbursements: | $108,022.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-58369-MLO | | Trustee Name: | Frederick J. Dery |
| --- | --- | --- | --- | --- |
| Case Name: | OAKLAND SPECIALTIES, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6538 | | Checking Acct #: | ******1157 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Oakland Specialties LLC |
| For Period Beginning: | 10/3/2013 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/29/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $108,022.94 | $108,022.94 | $0.00 |

**For the period of 10/3/2013 to 3/29/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $103,075.94 |
| Total Non-Compensable Receipts: | $4,947.00 |
| Total Comp/Non Comp Receipts: | $108,022.94 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $103,075.94 |
| Total Non-Compensable Disbursements: | $4,947.00 |
| Total Comp/Non Comp Disbursements: | $108,022.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/03/2013 to 3/29/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $103,075.94 |
| Total Non-Compensable Receipts: | $4,947.00 |
| Total Comp/Non Comp Receipts: | $108,022.94 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $103,075.94 |
| Total Non-Compensable Disbursements: | $4,947.00 |
| Total Comp/Non Comp Disbursements: | $108,022.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ FREDERICK J. DERY

FREDERICK J. DERY